08 CV 5444

JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Snell Memorial Foundation, Inc.

Plaintiff

-v-

Iron Horse Helmets, Inc., Helmets, Inc. and Jordan Todd Sobel (aka "Todd Sobel")

Defendant.

Case No. _____

Rule 7.1 Statement

RECEIVED JUN 16 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Snell Memorial Foundation, Inc.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

(none)

Date: June 16, 2008

Signature of Attorney

Attorney Bar Code: WD6939