1 of 2 1+ Bloc
123507
N

U S District Court of The State of New York          Index #: 08 CV 5444
County of Southern

Plaintiff          Snell Memorial Foundation Inc
                          vs
Defendant        Iron Horse Helmets Inc Helmets Inc And

State of __Alabama__ : County of __Jefferson__ :ss:

__Cheryl Bahakel__, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of __Alabama__. That on __6-23-08__ at __3:15 PM__ at __3625 1st Ave S, Birmingham, AL 35222__ deponent served the within Summ & Comp In A Civil Act Rule 7.1 Stmt Individ Prac. of Judge Deborah, on Iron Horse Helmets Inc defendant therein named. Batts, Ind. Prac of Magistrate Judge Eaton. Elec. Case filing Rules + Instructions.

INDIVIDUAL A ☐    By Personally delivering to and leaving with said _____ and that he knew the person to be the person mentioned and described in said

CORPORATION B ☒    By delivering to and leaving with __Kelly Sheehy__ at __3625 1st Ave S, Birmingham, AL 35222__ and that he knew the person served to be the __Legal Dept Rep.__ of the corporation.

Suitable age Person C ☐    Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants - respondents (dwelling place)(usual place of abode) (place of business) within the State of _____

Affixing to Door, etc. D ☐    By affixing a true copy thereof to the door of said premises. The same being the defendant's (dwelling place)(usual place of abode)(place of business) within the State of _____

Mailing use with C or D E ☐    Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ on _____ in an envelope bearing the legend personal and confidential.

Use with D F ☐    Previous Attempts
Deponent had previously attempted to serve the above named defendant/respondent.

VOID w/o Description Use with A,B & C    A Description of the defendant or other person served on behalf of the defendant is as follows:
Approx Age __36__  Approx Weight __120__  Approx Height __5'4"__  Sex __F__
Color of Skin __W__  Color of Hair __brown__  Other _____

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary-->    Sworn to before me this __6-23-08__        __Cheryl Bahakel__
             __Bill Caputo__                            Process Server

SUPREME JUDICIAL SERVICES, INC.
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
225 Broadway - New York, N.Y. 10007 - (212) 319-7171
FAX (516) 568-0812

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-23-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Cheryl Bahakel | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service upon Kelly Sheehy, Legal Dept Rep, Iron Horse Helmets, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-23-08
             Date

Signature of Server: Cheryl Bahakel

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.